January 8, 2021

**United States Bankruptcy Court**
**Room 1340**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

FEB 1 6 2021

M. Regina Thomas, Clerk
By:_____
Deputy Clerk

Dear Sir,
I am Oyieke S. Nelson with case#17-62007. I am writing this letter to your office concerning my discharge letter. I am appealing for consideration for my discharge letter to be issue to me because due to some financial problem and family issue that causes me not to complete the last financial management course. I lost my job and things became so hard on me that I couldn't reach rent payment and my mom got sick during that time. She needed Care and attention that I have to voluntarily leave to help save her life. This cause a serious set back for me financially and became too difficult for me at that time.
Kindly, I am asking for the re-open of my case, and I completed the Financial Management Education program. Attached is my Certificate bankruptcy Financial Management. I am kindly asking for your consideration in order to receive my Discharge Letter. Thank for your understanding and hope to hear from you soon.

Sincerely,
Oyieke S.Nelson
oyieke@gmail.com
Cell#2405057326

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01263994 (RS) OF 02/17/2021


ITEM  CODE  CASE              QUANTITY                AMOUNT    BY

  1    7R   17-62007               1                $ 260.00   Check/MO
            Judge  - Wendy L. Hagenau
            Debtor - OYIEKE NELSON


TOTAL:                                              $ 260.00


FROM: Oyieke Nelson
      Apt 6113
      287 East Crogan Street
      Lawrenceville, GA 30046
```

Oyieke S. Nelson
287 E. Crogan St. Apt. 6113
Lawrenceville GA 30046



7020 0090 0000 2430 4029





U.S. POSTA
FCM LG EN
LAWRENCE
30046
FEB 09, 21
AMOUNT
$4.6
R2305K1407

United States Bankruptcy Court
Room 1340
75 Ted Turner dr. Sw
Atlanta GA 30303

CLEARED
FEB 1 2 2021
U.S. Marshals

CLEARED
FEB 1 6 2021
U.S. Marshals Service
Atlanta, GA

CLEARED
FEB 1 6 2021
U.S. Marshals Service
Atlanta, GA